Abbas Kazerounian, Esq. (249203)
Mona Amini, Esq. (296829)
KAZEROUNI LAW GROUP, APC
245 Fischer Ave., Unit D1
Costa Mesa, CA 92626
Tel: (800) 400-6808; Fax: (800) 520-5523

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Keledjian, Individually and On Behalf of All Others All Similarly Situated,<br>Plaintiff(s),<br>v.<br>American Pro Energy; Audacity Networks Limited; A1 Solar Power, Inc.; and Olvi Malka<br>Defendant(s). | CASE NUMBER<br>2:16-cv-06039-CBM-SS<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑  **ONLY** Defendant(s) Audacity Networks Limited

   is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by  Plaintiff, David Keledjian WITHOUT PREJUDICE                             .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


|  6/29/2017  |  s/Mona Amini  |
|:---:|:---:|
| *Date* | *Signature of Attorney/Party* |


*NOTE: **F.R.Civ.P. 41(a)**: This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

   *__F.R.Civ.P. 41(c)__: Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*