**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
David Keledjian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KELEDJIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN PRO ENERGY, AUDACITY NETWORKS LIMITED; A1 SOLAR POWER, INC, and OLVI MALKIA, an Individual,<br><br>Defendants. | Case No.: 2:16-CV-06039-CBM-SS<br><br>**JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

//
//
//
//

**JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**    PAGE 1 OF 2

NOW COME THE PARTIES, by and through their attorneys of record, to respectfully move this Honorable Court to dismiss the above-captioned action in its entirety WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees. A proposed order has been attached hereto and lodged with the Court via ECF.

Dated: April 19, 2018　　　　　　　　　**KAZEROUNI LAW GROUP, APC**

　　　　　　　　　　　　　　　　　　By: /s/ Mona Amini
　　　　　　　　　　　　　　　　　　　　Abbas Kazerounian, Esq.
　　　　　　　　　　　　　　　　　　　　Mona Amini, Esq.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: April 19, 2018　　　　　　　　　**LAW OFFICES OF LINDA D. LUCERO**

　　　　　　　　　　　　　　　　　　By: /s/ Linda D. Lucero
　　　　　　　　　　　　　　　　　　　　Linda Lucero, Esq.
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*
　　　　　　　　　　　　　　　　　　　　*American Pro Energy and*
　　　　　　　　　　　　　　　　　　　　*A1 Solar Power Inc*.

### CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ms. Lucero, counsel for Defendant, and that I have obtained Mr. Rose's authorization to affix his electronic signature to this document.

Dated: April 19, 2018　　　　　　　　　**KAZEROUNI LAW GROUP, APC**

　　　　　　　　　　　　　　　　　　By: /s/ Mona Amini
　　　　　　　　　　　　　　　　　　　　Mona Amini, Esq.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On April 19, 2018, I served the within document(s):

**JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 19, 2018, at Costa Mesa, California.

*/s/ Mona Amini*
MONA AMINI, ESQ.

**PROOF OF SERVICE**