JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KELEDJIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN PRO ENERGY, AUDACITY NETWORKS LIMITED; A1 SOLAR POWER, INC, and OLVI MALKIA, an Individual,<br><br>Defendants. | Case No.: 2:16-CV-06039-CBM-SS<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** [31] |

Having considered the parties' joint stipulation to dismiss this action without prejudice, with each party to bear its own fees and costs, and good cause appearing therefor, the Court GRANTS the parties joint stipulation and hereby orders this action dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated: April 20, 2018

HON. CONSUELO B. MARSHALL
U.S. DISTRICT JUDGE